UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daniel A. Peka,                                                           Civil 12-1593 MJD/FLN

      Plaintiff,

v.                                                                                    O R D E R

Carolyn W. Colvin, Commissioner
of Social Security,

      Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated July 23, 2013, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Doc. No. 15) **is DENIED**;

2. Defendant's Motion for Summary Judgment (Doc. No. 21 ) **is GRANTED**;

3. The case is **DISMISSED WITH PREJUDICE AND JUDGMENT IS ENTERED ACCORDINGLY.**

DATED: August 16, 2013.        s/Michael J. Davis
at Minneapolis, Minnesota     CHIEF JUDGE MICHAEL J. DAVIS
                                              United States District Court